CAUSE NO. _____

| | | |
|---|---|---|
| JONATHAN TREVINO<br>    *Plaintiff* | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. _____ |
| ANA ALICIA GONZALEZ and<br>DEPARTMENT OF HOMELAND<br>SECURITY, DHS CUSTOMS<br>    *Defendants* | §<br>§<br>§<br>§<br>§ | |

## PLAINTIFF'S ORIGINAL COMPLAINT

### A. PARTIES

1.     Plaintiff, Jonathan Trevino, is an individual that a citizen of the State of Texas.

2.     Defendant, Ana Alicia Gonzalez, an officer/employee of the United States of America, may be served by serving the United Staes and by also sending copy of summons and of the complaint by registered or certified mail to defendant.

### B. JURISDICTION

3.     The court has jurisdiction over the lawsuit because the action arises under 28 U.S.C.§ 1346(b)(1). Defendant seeks money damages for personal injuries sustained caused by an employee of the Government. Defendant, Ana Alicia Gonzalez, was an employee of Department of Homeland Security, DHS Customs and acting within the scope of her employment at the time of the automobile collision. Defendant, Ana Alicia Gonzalez was operation a vehicle owned by the Government.

### C. FACTS

4.     This lawsuit results from a collision that occurred on November 19, 2021, at 7700 Bob Bullock Loop, Laredo, Webb County, Texas. Plaintiff was driving his vehicle reasonably and

prudently when defendant's vehicle suddenly and violently struck plaintiff's vehicle. As a result of the impact, plaintiff suffered injuries to his neck and back.

## D. COUNT I – NEGLIGENCE

5.      At the time of the accident, defendant was operating her vehicle negligently. Defendant had a duty to exercise ordinary care and operate her vehicle reasonably and prudently. Defendant breached that duty in one or more of the following ways:

  a.      Failing to timely apply her brakes.

  b.      Failing to maintain a proper lookout.

  c.      Failing to turn her vehicle in an effort to avoid the collision.

  d.      Driving her vehicle at a rate of speed that an ordinary and prudent person would not have driven under the same or similar circumstances.

  e.      Failing to yield the right of way.

## E. DAMAGES

7.      Plaintiffs have suffered personal injury damages, including physical pain, mental anguish, and physical impairment, and incurred reasonable and necessary expenses for the care and treatment of their injuries.  Plaintiffs have suffered these and other injuries and damages as a result of the accident, and will continue to suffer such injuries, losses, and damages for the rest of their lives.

8.      Pursuant to Texas Rule of Civil Procedure 47, Plaintiffs assert that they are seeking monetary relief in excess of $50,000.00.

9.      Plaintiffs are entitled to recover pre-judgment and post-judgment interest as allowed by law.

**F. PRAYER**

10.     WHEREFORE, Plaintiffs request that Defendants be cited to appear and answer

herein and that on final trial, Plaintiff has judgment against Defendants for:

      a.   All medical expenses in the past and future;

      b.   Mental anguish in the past and future;

      c.   Physical pain in the past and future;

      d.   Physical impairment in the past and future;

      e.   Pre- and post-judgment interest as allowed by law;

      f.   Costs of suit; and

      g.   Such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,


*/s/ Adrian Chapa III*
ADRIAN CHAPA III
State Bar No.: 24038811
Federal I.D. No.: 600842
Law Office of Adrian Chapa III, PLLC
1302 Washington St.
Laredo, Texas 78040
Telephone No.: 956.723.5520
Facsimile: 844.820.4844